UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NAM NGUYEN, | ) | No. CV 12-4460-DMG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 31, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE